IDA DEWEEZE, as Administratrix, etc., Appellant, *v.* THE BOS-
TON AND ALBANY RAILROAD COMPANY, Appellant.

(Argued January 27, 1885; decided February 10, 1885.)

*John Cadman* for appellant.

*R. E. Andrews* for respondent.

Agree to affirm; no opinion.
All concur, except MILLER, J., taking no part.
Judgment affirmed.

---

MARTHA A. BEALES, as Executrix, etc., Respondent, *v.* JAMES
LYONS, Appellant.

(Argued January 20, 1885; decided February 10, 1885.)

*A. H. Dailey* for appellant.

*H. D. Birdsall* for respondent.

*Per curiam* mem. for affirmance on opinion below.
All concur.
Judgment affirmed.

---

In the Matter of the Final Accounting of STEPHEN T. HOPKINS,
as Administrator, etc.

(Argued February 2, 1885; decided February 10, 1885.)

*Wm. H. Gibson* for appellant.

*J. I. Werner* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.